

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
                               :

UNITED STATES OF AMERICA     :
                               :

                               :    **INDICTMENT**

    v.                       :

                               :    07 Cr.

JEROME BILLINGS,             :
    a/k/a "Calvin Davis"    :
    a/k/a "Henry Wiley"     :
    a/k/a "Charles Sawyer"   :
    a/k/a "Balil Kahli"      :
    a/k/a "Bubba Billings"    :
    a/k/a "Jerry Carter"     :
    a/k/a "Jerome Smith"     :
    a/k/a "Joseph Carters"    :
    a/k/a "Percy Jones"      :
    a/k/a "Bernard Stewart"   :
    a/k/a "William Cantwell" :
    a/k/a "Clifford Billings":
    a/k/a "James Banks"      :
    a/k/a "James Blake"      :
    a/k/a "Anthony Billings" :
    a/k/a "Joseph Cats"      :
    a/k/a "Linwood Chaelani" :
    a/k/a "Theodore Myers"   :
                               :
            Defendant.       :
                               :
------------------------------x

**07 CRIM. 521**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 1 2007

<u>COUNT ONE</u>

    The Grand Jury charges:

    On or about May 9, 2007, in the Southern District of New York, JEROME BILLINGS, the defendant, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about April 30, 1998, for attempted criminal sale of a controlled substance, a

class C felony, in Bronx County Supreme Court, unlawfully, willfully, and knowingly did possess in and affecting commerce, a firearm, to wit, a loaded Fegyver .32 caliber, semi-automatic pistol which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

FOREPERSON

MICHAEL J. GARCIA
United States Attorney

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

### JEROME BILLINGS,

Defendant.

### INDICTMENT

07 Cr.

(18 U.S.C. § 922(g))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

*Charles S. Ambrose*

Post-It 11/1/87

*6/11/07 Fld. Indictment, case assigned
to Judge Stein for all purposes.
Arrest Warrant issued. So
Ordered.*

*Eaton, J. U.S.M.J.*