

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 19, 2007

Honorable Sidney H. Stein (By FAX)
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1010
New York, NY 10007

              Re:   United States v. Jerome Billings
                    07 Cr. 521(SHS)

Dear Judge Stein:

        The defendant, Mr. Jerome Billings, was arrested yesterday. After
you referred the case to magistrate's court, Mr. Billings was
presented and arraigned before Magistrate Judge Eaton.  The Government
respectfully requests that time be excluded, in the interests of
justice, until the initial pre-trial conference scheduled for June 21,
2007, at 3:00 p.m., under the Speedy Trial Act, 18 U.S.C. §§ 3161 et
seq. *The time is excluded from today through 6/21/07. The Court finds that
the ends of justice served by this continuance outweigh the best interests of the
public and defendant in a speedy trial pursuant to 18 USC 3161(h)(8)*

                              Very truly yours,

                              MICHAEL J. GARCIA
                              United States Attorney

                    By:  _____
                              RANDALL W. JACKSON
                              Assistant United States Attorney
                              Tel: (212) 637-1029
                              Fax: (212) 637-2937

cc:   Mark Gombiner (By FAX)
      Federal Defenders of New York Inc.
      52 Duane Street, 10th Floor
      New York, NY 10007
      Fax: (212) 571-0392

**SO ORDERED** 6/19/07

_____
SIDNEY H. STEIN
U.S.D.J.