```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

UNITED STATES OF AMERICA         :

    v.                              :      ORDER ACCEPTING PLEA
                                            ALLOCUTION BEFORE UNITED
JEROME BILLINGS                  :      STATES MAGISTRATE JUDGE
    a/k/a "Calvin Davis"                    07 CR 521 (SHS)
    a/k/a "Henry Wiley"          :
    a/k/a "Charles Sawyer"
    a/k/a "Balil Kahli"          :
    a/k/a "Bubba Billings"
    a/k/a "Jerry Carter"         :
    a/k/a "Jerome Smith"
    a/k/a "Joseph Carters"       :
    a/k/a "Percy Jones"
    a/k/a "Bernard Stewart"      :
    a/k/a "William Cantwell"
    a/k/a "Clifford Billings":
    a/k/a "James Banks"
    a/k/a "James Blake"          :
    a/k/a "Anthony Billings"
    a/k/a "Joseph Cats"          :
    a/k/a "Linwood Chaelani"
    a/k/a "Theodore Myers,"      :

        Defendant.              :

---------------------------------x

**HON. SIDNEY H. STEIN**
**UNITED STATES DISTRICT JUDGE**

    On September 28, 2007, pursuant to Federal Rule of Criminal Procedure 11, and with the defendant's consent, the defendant entered a plea of guilty before United States Magistrate Judge James Francis. Magistrate Judge Francis reported and recommended that the plea be accepted. The Court has carefully reviewed the transcript of the plea allocution, the charging papers, and all other pertinent parts of the record. The Court has determined from this review that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea.

Accordingly, the Report and Recommendation is accepted. The Clerk of Court directed to enter the plea.

**SO ORDERED.**

Dated: May 8, 2007
      New York, New York

HON. SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK